IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT McCURRY                                                                    PLAINTIFF

v.                              No. 4:13-cv-467-DPM

ALCOHOLIC BEVERAGE
CONTROL DIVISION OF
THE STATE OF ARKANSAS                                                    DEFENDANT

JUDGMENT

McCurry's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

5 March 2014